UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In re SUBPOENA *AD TESTIFICANDUM* TO JAMES HARRIS | Misc. Civil Action No. 1:15-MI-00044-LMM-LTW |
| ART COHEN, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 13-cv-2519 GPC (WVG) (S.D. Cal.) |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| DONALD J. TRUMP, | |
| Defendant. | |

1070267_1

- 1 -

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Movant Art Cohen ("Movant") hereby dismisses his May 28, 2015 Request for Order to Show Cause Why Non-Party James Harris Should Not Be Held in Contempt (Dkt. No. 1) ("Request").

On August 7, 2015, this Court entered an Order Granting Joint Stipulation of Movant Art Cohen and Non-Party James Harris (Dkt. No. 5), directing Harris to sit for a deposition in the underlying class action pending in the Southern District of California pursuant to Movant's previously-served subpoena, after the completion of which Movant agreed to withdraw his Request.

On August 19, 2015, the Magistrate Judge in the underlying class action pending in the Southern District of California denied Movant's request to re-open fact discovery in order to take the deposition of Harris on September 1, 2015.[1]  Based on the Magistrate Judge's order in the underlying class action, Movant no longer seeks to depose Harris, or to seek any fees or costs from him.

---

[1]  As noted in the Request, filed on May 28, 2015, the fact discovery cut off in the underlying class action was July 2, 2015.  *See* Dkt. No. 1 at 3.

1070267_1

- 1 -

- 2 -

Accordingly, Movant hereby dismisses his Request.

DATED: September 1, 2015         ROBBINS GELLER RUDMAN
    & DOWD LLP
DANIEL J. PFEFFERBAUM


<u>    s/ Daniel J. Pfefferbaum    </u>
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)


ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN C. HERMAN
(Georgia Bar No. 348370)
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
iherman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON A. FORGE
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
MAUREEN E. MUELLER
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

1070267_1

- 3 -

                ZELDES HAEGGQUIST & ECK, LLP
                AMBER L. ECK
                HELEN I. ZELDES
                LREEN HAEGGQUIST
                AARON M. OLSEN
                225 Broadway, Suite 2050
                San Diego, CA  92101
                Telephone:  619/342-8000
                619/342-7878 (fax)

Class Counsel

1070267_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 1, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 1, 2015.

<div style="margin-left: 3em;">
s/ Daniel J. Pfefferbaum<br>
DANIEL J. PFEFFERBAUM<br>
ROBBINS GELLER RUDMAN<br>
    & DOWD LLP<br>
Post Montgomery Center<br>
One Montgomery Street, Suite 1800<br>
San Francisco, CA 94104<br>
Telephone: 415/288-4545<br>
415/288-4534 (fax)<br>
E-mail: dpfefferbaum@rgrdlaw.com
</div>

1070267_1

# Mailing Information for a Case 1:15-mi-00044-LMM-LTW Cohen v. Trump

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John C. Herman**
  jherman@rgrdlaw.com,garmstrong@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Amber              L. Eck
Zeldes Haeggquist & Eck, LLP -CA
Suite 1000
625 Broadway
San Diego, CA 92101

Jason              A. Forge
Robbins Geller Rudman & Dowd, LLP - SD
655 W. Broadway
Suite 1900
San Diego, CA 92101

Alreen             Haeggquist
Zeldes Haeggquist & Eck, LLP -CA
Suite 1000
625 Broadway
San Diego, CA 92101

Rachel             L. Jensen
Robbins Geller Rudman & Dowd, LLP - SD
655 W. Broadway
Suite 1900
San Diego, CA 92101

Maureen            E. Mueller
Robbins Geller Rudman & Dowd, LLP
Suite 500
120 E. Palmetto Park Road
Boca Raton, FL 33432

Aaron              M. Olsen
Zeldes Haeggquist & Eck, LLP -CA
Suite 1000
625 Broadway
San Diego, CA 92101
```

**Helen          I. Zeldes**
Zeldes Haeggquist & Eck, LLP -CA
Suite 1000
625 Broadway
San Diego, CA 92101